## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DARRELL McNARY, | ) |
| Plaintiff, | ) ) ) |
| vs. | )   2:11-cv-131-JMS-DKL ) |
| JERRY HUSTON, et al., | ) ) |
| Defendants. | ) |

### Entry Directing Further Proceedings

### I.

The court has screened the somewhat intricate complaint of plaintiff Darrell McNary, a state prisoner. He brings claims pursuant to 42 U.S.C. § 1983, "the ubiquitous tort remedy for deprivations of rights secured by federal law (primarily the Fourteenth Amendment) by persons acting under color of state law." *Jackson v. City of Joliet,* 715 F.2d 1200, 1201 (7th Cir. 1983), *cert. denied,* 465 U.S. 1049 (1984).

The claims found to be legally insufficient will be dismissed in a separate ruling. The claims as to which the action is proceeding are those asserted against defendant Jerry Huston.

### II.

The clerk is designated, pursuant to *Fed. R. Civ. P.* 4(c)(3), to issue and serve process on defendant Jerry Huston in the manner specified by *Fed. R. Civ. P.* 4(d)(1). Process shall consist of the complaint, applicable forms and this Entry.

**IT IS SO ORDERED.**

Date: 08/20/2012

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

DARRELL McNARY
174667
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old U.S. Highway 41
P.O. BOX 500
CARLISLE, IN 47838

Jerry Huston, Librarian
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. BOX 500
CARLISLE, IN 47838